16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

STATE OF LOUISIANA

NO. 116737                                                          DIV. "B"

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH
AMERICA, INC., and BP AMERICA, INC.

FILED: _____        _____
                                              DEPUTY CLERK

PETITION

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service
of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana,
with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD,
UK. Tel +44 (0)20 7496 4000.  Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service
of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA
70802-6129; and

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the
State of Louisiana, and can be served through its registered agent for service of process C T
Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808.

SCANNED

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of Iberia, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State of Louisiana, and the Parish of Iberia, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56: 40.1 et seq. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

SCANNED

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Iberia Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State of Louisiana, including Iberia Parish.

11.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

SCANNED

12.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Iberia Parish.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Iberia Parish.

14.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1 et seq. are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.



## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and *in solido*, as follows:

    a.    in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

    b.    Pre-judgment and post-judgment interest at the maximum rate allowable by law;

    c.    Attorney's fees and costs of litigation;

    d.    Such other and further relief available in the premises.

Respectfully Submitted:

Hon. J. Phil Haney (LA Bar #06516)
**DISTRICT ATTORNEY IBERIA PARISH**
16th Judicial District
200 Courthouse
300 Iberia St.
New Iberia, LA 70560
(337) 369-4420 Telephone
(337) 364-5302 Facsimile

**THORNHILL LAW FIRM, L.C.**
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Facsimile

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

By: _____

Donald T. Carmouche (LA Bar #2226)
Victor L. Marcello (LA Bar # 9252)
John H. Carmouche (LA Bar #22294)
**TALBOT, CARMOUCHE & MARCELLO**
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

**SERVICE INSTRUCTIONS:**

**PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE**

FILED May 27-2010

DEPUTY CLERK OF COURT
IBERIA PARISH, LA.

SCANNED

# TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

ALBERT D. TALBOT
(1925-2005)

**May 27, 2010**

**FAX FILING**

TO:        Michael Thibodeaux  (337) 365-0737
           Iberia Parish Clerk of Court

FROM:      Donald T. Carmouche

**NUMBER OF PAGES:**    6
**(INCLUDING COVER SHEET)**

RE:     State of Louisiana v. BP Exploration & Production Inc., et al
        16th JDC; Parish of St. Mary, State of Louisiana

| DOCUMENTS | NUMBER OF PAGES |
|-----------|-----------------|
| Petition  | 5               |
|           |                 |

*Please fax file the attached into the record today and confirm that you received this fax transmission. The original will be forwarded to your office within five days along with a check for your services.*

If you have any problems with this fax transmission, please call 225-644-7777.

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

RECEIVED TIME  MAY. 27.  3:05PM          PRINT TIME  MAY. 27.  3:07PM



FAX HEADER:  IBERIA PARISH CLERK 3373650737

TRANSMITTED/STORED : MAY. 27. 2010  4:34PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|-----------|--------|---------|--------|------|
| 003  MEMORY TX | | G3   :912256445226---80 | OK | 1/1 |

```
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL        E-2) BUSY
    E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION
    E-5) MAIL SIZE OVER
```



Michael Thibodeaux
*Clerk of Court*

Ryan J. Huval
*Chief Deputy*

### CONFIRMATION & RECEIPT OF FACSIMILE TRANSMISSION

DATE FAX PLEADING RECEIVED:  **MAY 27, 2010**

CASE NAME & DOCKET NUMBER:  **STATE OF LOUISIANA**

VS. NO.  ___**116737-B**

**BP EXPLORATION & PRODUCTION, ETAL**

DESCRIPTION OF PLEADING: **PETITION FOR DAMAGES**

FILED ON BEHALF OF: _____ **PLAINTIFF**

ATTORNEY SIGNING PLEADING:  **DONALD T. CARMOUCHE**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within five (5) days, exclusive of legal holidays, of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading, and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

**The record will contain the facsimile pleading, this receipt and the original pleading.**

Receipt of facsimile acknowledged

_Phyllis O Nelson_

Deputy Clerk of Court

Receipt faxed to number:  **225-644-5226**

Date receipt faxed:  **MAY 27, 2010**

Amount due:  _____

SCANNED

P.O. DRAWER 12010 • NEW IBERIA, LOUISIANA 70562-2010 • 337.365.7282 • FAX 337.365.0737
EMAIL: iberiaclerk@bellsouth.net • www.iberiaclerk.com

### 16TH JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

#### STATE OF LOUISIANA

NO. 116737

DIV. " B "

#### STATE OF LOUISIANA

#### VERSUS

### BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.

FILED: _____     _____

DEPUTY CLERK

#### PETITION

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129; and

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808.

SCANNED

FILED FOR RECORD

2010 MAY 28 A 10: 58

DEPUTY CLERK OF COURT.
PARISH OF IBERIA, LA

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of Iberia, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State of Louisiana, and the Parish of Iberia, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56: 40.1 et seq. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

SCANNED

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Iberia Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State of Louisiana, including Iberia Parish.

11.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

SCANNED

12.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Iberia Parish.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Iberia Parish.

14.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1 et seq. are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.



## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and *in solido*, as follows:

a.   in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b.   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.   Attorney's fees and costs of litigation;

d.   Such other and further relief available in the premises.

Respectfully Submitted:

Hon. J. Phil Haney (LA Bar #06516)
**DISTRICT ATTORNEY IBERIA PARISH**
16th Judicial District
200 Courthouse
300 Iberia St.
New Iberia, LA 70560
(337) 369-4420 Telephone
(337) 364-5302 Facsimile

**THORNHILL LAW FIRM, L.C.**
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Facsimile

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA  70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

By: _____
Donald T. Carmouche (LA Bar #2226)
Victor L. Marcello (LA Bar # 9252)
John H. Carmouche (LA Bar #22294)
**TALBOT, CARMOUCHE & MARCELLO**
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

**SERVICE INSTRUCTIONS:**

**PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE**

FILED FOR RECORD

2010 MAY 28  A 10:58
DEPUTY CLERK OF COURT
PARISH OF IBERIA, LA

CITATION

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., ET
AL

Case: 00116737
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To:   BP, P.L.C.
      **VIA LOUISIANA LONG ARM STATUTE**
      BP, P.L.C.
      1 ST. JAMES'S SQUARE
      LONDON SW1Y 4PD, UK

                                                          of      Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a
true and correct copy (exclusive of exhibits) accompanies this citation, or make an
appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and
for the Parish of Iberia, State of Louisiana, within thirty (30) days after the service hereof,
under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
20th DAY OF MAY, 2010.

                                          Michael Thibodeaux
                                            Clerk of Court
                                        16th Judicial District Court
                                            Parish of Iberia


                                   _____
                                          Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA 70707-0759



[FILE COPY]

# CITATION

| | |
|---|---|
| STATE OF LOUISIANA | Case: 00116737 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| BP EXPLORATION & PRODUCTION INC., ET AL | Parish of Iberia |

To:  BP AMERICA, INC., THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
     C T CORPORATION SYSTEM
     5615 CORPORATE BLVD, SUITE 400B
     BATON ROUGE, LA  70808

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS DAY OF MAY, 2010.

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

_____
Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA  70707-0759



CITATION

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., ET AL

Case: 00116737
Division: B
State of Louisiana
16ᵗʰ Judicial District Court
Parish of Iberia

To:  BP PRODUCTS NORTH AMERICA, INC., THROUGH ITS REGISTERED AGENT FOR
     SERVICE OF PROCESS: THE PRENTICE-HALL CORPORATION SYSTEM
     320 SOMERULOS STREET
     BATON ROUGE, LA  70802

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a
true and correct copy (exclusive of exhibits) accompanies this citation, or make an
appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and
for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof,
under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
28ᵗʰ DAY OF MAY, 2010.

Michael Thibodeaux
Clerk of Court
16ᵗʰ Judicial District Court
Parish of Iberia

_____
Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA  70707-0759



[FILE COPY]

## CITATION

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., ET AL

Case: 00116737
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To:  BP EXPLORATION & PRODUCTION INC., THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS: C T CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS ___ DAY OF MAY, 2010.

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

_____
Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA 70707-0759



[FILE COPY]

## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1925-2005)

May 27, 2010

*VIA FEDERAL EXPRESS*
Honorable Michael Thibodeaux
Iberia Parish Clerk of Court
Courthouse
300 Iberia St.
P.O. Drawer 12010
New Iberia, LA 70562-2010

> Re:   State of Louisiana v. BP Exploration & Production Inc., et al
> 16th JDC; Parish of Iberia; State of Louisiana

Dear Mr. Thibodeaux:

Enclosed please find the original Petition which was *fax filed* with your office on May 27, 2010 with regard to the referenced matter. Please file the original Petition into the record, return the "date stamped" copy to me in the enclosed self-addressed and stamped envelope, and effect service as directed with the remaining copies.

In addition, please prepare a certified copy of the Petition to be served via the Louisiana Long Arm Statute and return to my office for mailing to the following defendant:

**BP, P.L.C.**
1 St. James's Square
London SW1Y 4PD, UK

Also enclosed is this firm's check in the amount of $500.00 which represents your filing and service fees.

If you should have any questions, please do not hesitate to call.

SCANNED

Honorable Michael Thibodeaux
May 27, 2010
Page 2

With kindest regards, I am

Yours truly,

*Donald T. Carmouche/jke*

Donald T. Carmouche

DTC/jke
Enclosures
cc:   Hon. J. Phil Haney
      Tom W. Thornhill
      Calvin C. Fayard, Jr.

SCANNED

FILED _____ , _____

TIME _____

DEPUTY CLERK OF COURT
IBERIA PARISH, LA.

## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1925-2005)

May 28, 2010

_VIA TELEFAX  (337) 365-0737_
_AND U.S. MAIL_
Honorable Michael Thibodeaux
Iberia Parish Clerk of Court
Courthouse
300 Iberia St.
P.O. Drawer 12010
New Iberia, LA 70562-2010

> Re:   State of Louisiana v. BP Exploration & Production Inc., et al
>        Docket No. 116737; Div. B
>        16th JDC; Parish of Iberia; State of Louisiana

Dear Mr. Thibodeaux:

Please hold service of the Petition to the defendants until further notice with regard to the referenced matter.  This new suit was fax filed with your office on May 27, 2010.

If you should have any questions, please do not hesitate to call.

With kindest regards, I am

Yours truly,

Donald T. Carmouche/jje

Donald T. Carmouche

DTC/jke
cc:    Hon. J. Phil Haney
       Tom W. Thornhill
       Calvin C. Fayard, Jr.

FILED FOR RECORD

2010 JUN -1  A 8:55

Claudette M. Remus
DEPUTY CLERK OF COURT
PARISH OF IBERIA, LA

SCANNED

# TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

ALBERT D. TALBOT
(1925-2005)

DATE: *May 28, 2010*

TO: *Clerk*
*Iberia Parish*

FAX NO.: *(337) 365-0737*

FROM: *Judy*

NUMBER OF PAGES: *2*
(INCLUDING COVER SHEET)

RE: *116737-B*

*Please note that the previous letter I just faxed to your office had the incorrect docket number. Thanks - Judy*

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| *Letter requesting that Service be held* | |
| | |

If you have any problems with this fax transmission, please call 225-644-7777.

## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

RECEIVED TIME  MAY. 28.  10:45AM          PRINT TIME  MAY. 28.  10:46AM

SCANNED

## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

POST OFFICE BOX 759
GONZALES, LOUISIANA 70707-0759
TELEPHONE: (225) 644-7777
FAX: (225) 644-5226

WILLIAM R. COENEN, III
JOHN S. DUPONT, III
BRIAN T. CARMOUCHE

AUBERT D. TALBOT
(1925-2005)

May 28, 2010

_**VIA TELEFAX (337) 365-0737**_
_**AND U.S. MAIL**_
Honorable Michael Thibodeaux
Iberia Parish Clerk of Court
Courthouse
300 Iberia St.
P.O. Drawer 12010
New Iberia, LA 70562-2010

Re:     State of Louisiana v. BP Exploration & Production Inc., et al
        Docket No. 116737; Div. B
        16th JDC; Parish of Iberia; State of Louisiana

Dear Mr. Thibodeaux:

Please hold service of the Petition to the defendants until further notice with regard to the referenced matter. This new suit was fax filed with your office on May 27, 2010.

If you should have any questions, please do not hesitate to call.

With kindest regards, I am

Yours truly,

Donald T. Carmouche/jje

Donald T. Carmouche

DTC/jke
cc:     Hon. J. Phil Haney
        Tom W. Thornhill
        Calvin C. Fayard, Jr.

RECEIVED TIME  MAY. 28.  10:45AM          PRINT TIME  MAY. 28.  10:46AM

SCANNED

FILED _May 28, 2010_
_Claudette D._ _____
DEPUTY CLERK OF COURT
IBERIA PARISH, LA

```
    ¤  ¤  ¤  COMM.  CATION RESULT REPORT ( MAY. 28.20    4:17PM )  ¤
                                                              P.  1
                                             FAX HEADER:  IBERIA PARISH CLERK 3373650737

TRANSMITTED/STORED : MAY. 28. 2010  4:12PM
FILE MODE          OPTION              ADDRESS                          RESULT      PAGE
--------------------------------------------------------------------------------------
035  MEMORY TX                         G3  :912256445226---32            OK          1/1



--------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                    E-2) BUSY
E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER
```

Iberia Parish
## Clerk of Court
P.O. Drawer 12010
New Iberia, LA 70562-2010

Telephone: 337/365-7282   Fax: 337/365-0737

### CONFIRMATION OF FACSIMILE TRANSMISSION

DATE FAX PLEADING RECEIVED:  MAY 28, 2010

CASE NAME & DOCKET NUMBER:  STATE OF LOUISIANA

116737-B

BP EXPLORATION, ET AL

DESCRIPTION OF PLEADING:  LETTER –WITHHOLD SERVICE

FILED ON BEHALF OF:  PLAINTIFF

PARTY SIGNING PLEADING:  DONALD T. CARMOUCHE/JE

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within five (5) days, exclusive of legal holidays, of this confirmation together with the $5.00 transmission fee; $15.00 fee for this confirmation (13:841(b); the correct filing fee to cover the cost of filing the facsimile copy as well as the original pleading and any balance of costs due.  When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading.

Confirmation of facsimile acknowledged

_Claudette J. Stamier_
Deputy Clerk of Court

Confirmation faxed to number: ( 225 )  644-5226

Date confirmation faxed:  MAY 28, 2010

Amount due:

SCANNED

## CITATION

STATE OF LOUISIANA

**VERSUS**

BP EXPLORATION & PRODUCTION INC., ET
AL

**Case: 00116737**
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To:   **BP PRODUCTS NORTH AMERICA, INC., THROUGH ITS REGISTERED AGENT FOR
SERVICE OF PROCESS: THE PRENTICE-HALL CORPORATION SYSTEM
320 SOMERULOS STREET
BATON ROUGE, LA 70802**

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a
true and correct copy (exclusive of exhibits) accompanies this citation, or make an
appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and
for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof,
under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
___ DAY OF MAY, 2010.

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

**Deputy Clerk of Court**

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA 70707-0759

I received a certified copy of the within proceeding
and on the ___ day of _____ 20 __
I served said copy on the within _____
_____
In this Parish of East Baton Rouge, State of Louisiana by handing
said copy to _____ in person
_____
Deputy Sheriff, Parish of East Baton Rouge, La.

SCANNED

**RECEIVED**

JUN 03 2010

EBR SHERIFF'S OFFICE

FILED FOR RECORD

2010 JUN -9   A 9:03
_____
DEPUTY CLERK OF COURT
PARISH OF IBERIA, LA

[ORIGINAL]

# NOTICE OF SERVICE

| | |
|---|---|
| STATE OF LOUISIANA | Case: 00116737 |
| | Division: B |
| **VERSUS** | State of Louisiana |
| | 16th Judicial District Court |
| BP EXPLORATION & PRODUCTION INC. - | Parish of Iberia |
| ET AL | |

To: **DONALD T. CARMOUCHE**
     **TALBOT, CARMOUCHE & MARCELLO**
     **214 W. CORNERVIEW**
     **P.O. BOX 759**
     **GONZALES, LA 70707-0759**


Party **BP PRODUCTS NORTH AMERICA** was **SERVED**.


Pleading: **PETITION**


Date of Service: **Friday, June 04, 2010**


**DOMICILIARY**     **PRENTICE HALL CORP.**


Reason:


Issued by the Clerk of Court on June 9, 2010.


*Michael Thibodeaux* (signature)

**MICHAEL THIBODEAUX**
**Clerk of Court**
**Iberia Parish**
**16th Judical District Court**
**P.O. Box 12010**
**New Iberia, LA 70560**

SCANNED

[FILE COPY]

C      ON

**STATE OF LOUISIANA**

**VERSUS**

**BP EXPLORATION & PRODUCTION INC., ET AL**

Case: 00116737
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To:    BP EXPLORATION & PRODUCTION INC., THROUGH ITS REGISTERED AGENT FOR
       SERVICE OF PROCESS: C T CORPORATION SYSTEM
       5615 CORPORATE BLVD, SUITE 400B
       BATON ROUGE, LA  70808

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a
true and correct copy (exclusive of exhibits) accompanies this citation, or make an
appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and
for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof,
under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
28 DAY OF MAY, 2010.

JUN 0 4 2010

I made service on the named party through the
CT Corporation
by tendering a copy of this document to
☑ LYNETTE BASS     ☐ JULIE CHISM
☐ LISA UTTECH     ☐ RODERICK THOMAS

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA  70707-0759

JUN 04 2010

I made service on the named party through the
CT Corporation
by tendering a copy of this document to
☑ LYNETTE BASS     ☐ JULIE CHISM
☐ LISA UTTECH     ☐ RODERICK THOMAS

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

JUN 03 2010

EBR SHERIFF'S OFFICE

SCANNED

[ORIGINAL]

# NOTICE OF SERVICE

| | |
|---|---|
| STATE OF LOUISIANA | Case: 00116737 |
| | Division: B |
| **VERSUS** | State of Louisiana |
| | 16th Judicial District Court |
| BP EXPLORATION & PRODUCTION INC. - | Parish of Iberia |
| ET AL | |

To:  **DONALD T. CARMOUCHE**
**TALBOT, CARMOUCHE & MARCELLO**
**214 W. CORNERVIEW**
**P.O. BOX 759**
**GONZALES, LA 70707-0759**

Party **BP EXPLORATION & PRODUCTION** was **SERVED.**

Pleading: **PETITION**

Date of Service: **Friday, June 04, 2010**

**DOMICILIARY**      **LYNETTE BASS**

Reason:

Issued by the Clerk of Court on June 9, 2010.

*Michael Thibodeaux*

**MICHAEL THIBODEAUX**
Clerk of Court
Iberia Parish
16th Judicial District Court
P.O. Box 12010
New Iberia, LA 70560

SCANNED

[FILE COPY]

CITATION

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., ET AL

Case: 00116737
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To: BP AMERICA, INC., THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808

of EAST BATON ROUGE Parish

You are hereby summoned to comply with the demand contained in the PETITION of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS 28th DAY OF MAY, 2010.

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

Deputy Clerk of Court

Requested by:
DONALD T. CARMOUCHE
P. O. BOX 759
GONZALES, LA 70707-0759

JUN 0 4 2010

I made service on the named party through the

CT Corporation

by tendering a copy of this document to
☐ LISA UTTECH   ☐ RODERICK THOMAS   ☐ LYNETTE BASS   ☐ JULIE CHISM

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
JUN 03 2010
EBR SHERIFF'S OFFICE

[ORIGINAL]

## NOTICE OF SERVICE

| | |
|---|---|
| STATE OF LOUISIANA | Case: 00116737 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| BP EXPLORATION & PRODUCTION INC. - ET AL | Parish of Iberia |

To: **DONALD T. CARMOUCHE**
      **TALBOT, CARMOUCHE & MARCELLO**
      **214 W. CORNERVIEW**
      **P.O. BOX 759**
      **GONZALES, LA 70707-0759**

Party **BP AMERICA INC.** was **SERVED.**

Pleading: **PETITION**

Date of Service: **Friday, June 04, 2010**

**DOMICILIARY**    **LYNETTE BASS**

Reason:

Issued by the Clerk of Court on June 9, 2010.

*Michau Chibdaux*

**MICHAEL THIBODEAUX**
Clerk of Court
Iberia Parish
16th Judical District Court
P.O. Box 12010
New Iberia, LA 70560

SCANNED

[FILE COPY]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

STATE OF LOUISIANA              *      CIVIL ACTION NO. _____


VERSUS                          *      JUDGE _____


BP EXPLORATION & PRODUCTION     *
INC., BP, P.L.C., BP PRODUCTS          MAGISTRATE JUDGE _____
NORTH AMERICA, INC., AND BP
AMERICA, INC.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF NOTICE OF REMOVAL
## TO OPPOSING COUNSEL

To:     State of Louisiana
        through its attorneys of record:
        Hon. J. Phil Haney
        District Attorney Iberia Parish
        200 Courthouse
        300 Iberia St.
        New Iberia, LA 70560

        Calvin C. Fayard, Jr.
        519 Florida Avenue, S.W.
        Denham Springs, LA 70726

        Talbot, Carmouche & Marcello
        Donald T. Carmouche
        Victor L. Marcello
        John H. Carmouche
        Post Office Box 759
        Gonzales, LA 70707-0759

        Thornhill Law Firm, L.C.
        Tom W. Thornhill
        1308 Ninth Street
        Slidell, LA 70458

Re:   State of Louisiana versus BP Exploration & Production Inc., BP, p.l.c.,
      BP Products North America, Inc., and BP America, Inc.
      16th Judicial District Court
      Parish of Iberia
      State of Louisiana
      Docket No. 116737

　　　You will hereby take notice that on the 17th day of June, 2010, Defendants, BP

Exploration & Production Inc., BP Products North America, Inc., and BP America, Inc., filed the

attached Notice as required by law for removal of the above-entitled cause from the 16th Judicial

District Court, in and for the Parish of Iberia, Louisiana, to the United States District Court for

the Western District of Louisiana, and that on the 17th day of June, 2010, Defendants also filed

Notice of the above said Notice of Removal with the Clerk of Court, Iberia Parish, State of

Louisiana, a copy of said Notice of Removal being attached hereto.

Respectfully submitted,

s/ Stuart T. Welch
Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

S. Gene Fendler (Bar #05510)
Robert E. Holden (Bar #06935)
Greg Johnson (Bar #24477)
Stephen Wiegand (Bar #31362)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

Attorneys for BP Exploration & Production Inc., BP
Products North America, Inc., and BP America, Inc.

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Of Counsel*

269603_2.Docx

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing **NOTICE OF NOTICE OF REMOVAL TO OPPOSING COUNSEL** has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 17th day of June, 2010.

s/Stuart T. Welch

STATE OF LOUISIANA       *     16TH JUDICIAL DISTRICT COURT

                             DOCKET NO. 116737

VERSUS                    *

                             PARISH OF IBERIA

BP EXPLORATION & PRODUCTION     *
INC., BP, P.L.C., BP PRODUCTS           STATE OF LOUISIANA
NORTH AMERICA, INC., AND BP
AMERICA, INC.

---------------------------------------------------------------------

## NOTICE OF NOTICE OF REMOVAL
## TO CLERK OF COURT FOR STATE ACTION

To:    Honorable Michael (Mike) Thibodeaux
        Clerk of Court
        16th Judicial District Court
        Iberia Parish, State of Louisiana
        Courthouse, 300 Iberia Street
        P.O. Drawer 12010
        New Iberia, Louisiana 70562-2010

Re:    State of Louisiana versus BP Exploration & Production Inc.,
        BP, p.l.c., BP Products North America, Inc., and BP America, Inc.
        16th Judicial District Court
        Parish of Iberia
        State of Louisiana
        Docket No. 116737

      You will hereby take notice that on the 17th day of June, 2010, a Notice of Removal in

the above-entitled cause, copies of which are annexed hereto, was filed in the United States

District Court for the Western District of Louisiana, and that on the 17th day of June 2010,

opposing counsel was sent a copy of the Notice of Removal attached hereto.

Respectfully submitted,

Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

S. Gene Fendler (Bar #05510)
Robert E. Holden (Bar #06935)
Greg Johnson (Bar #24477)
Stephen Wiegand (Bar #31362)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

Attorneys for BP Exploration & Production Inc., BP
Products North America, Inc., and BP America, Inc.

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing NOTICE OF NOTICE

OF REMOVAL TO CLERK OF COURT FOR STATE ACTION has been served upon all

counsel of record by placing same in the United States mail, properly addressed and postage

prepaid, this 17th day of June, 2010.

-2-

269603 2.Docx

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

STATE OF LOUISIANA                         *        CIVIL ACTION NO. _____


VERSUS                                     *        JUDGE _____


BP EXPLORATION & PRODUCTION                *
INC., BP, P.L.C., BP PRODUCTS                       MAGISTRATE JUDGE _____
NORTH AMERICA, INC., AND BP
AMERICA, INC.
---------------------------------------------------------------

## CERTIFICATE

**I HEREBY CERTIFY** that notice of the filing of the Notice of Removal with all copies

of the foregoing Notice of Removal were served by hand delivery on Plaintiff, State of

Louisiana, through its counsel of record, Honorable J. Phil Haney, District Attorney for Iberia

Parish, 200 Courthouse, 300 Iberia St., New Iberia, Louisiana 70560, in the matter entitled "State

of Louisiana versus BP Exploration & Production Inc., BP, p.l.c., BP Products North America,

Inc., and BP America, Inc., Docket No. 116737, 16th Judicial District Court, Parish of Iberia,

State of Louisiana." A copy of the Notice was served via electronic mail and U.S. First Class

Mail, on Plaintiff, State of Louisiana, through its counsel of record, as follows: (1) Calvin

Fayard, Jr., 519 Florida Avenue, S.W., Denham Springs, Louisiana 70726, (2) Donald T.

Carmouche, Victor L. Marcello and John H. Carmouche, Talbot, Carmouche & Marcello,

P. O. Box 759, Gonzales, Louisiana 70707-0759, and (3) Tom W. Thornhill, Thornhill Law

Firm, L.C., 1308 Ninth Street, Slidell, Louisiana 70458, and that on that same day, Notice to the

Clerk of Court of Iberia Parish, Louisiana, together with copies of documents annexed hereto,

were delivered to him for filing according to law.

Respectfully submitted,

s/ Stuart T. Welch
Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

S. Gene Fendler (Bar #05510)
Robert E. Holden (Bar #06935)
Greg Johnson (Bar #24477)
Stephen Wiegand (Bar #31362)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

Attorneys for BP Exploration & Production Inc., BP
Products North America, Inc., and BP America, Inc.

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Of Counsel*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing **CERTIFICATE** has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 17th day of June, 2010.

s/Stuart T. Welch

269603_2.Docx

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA | * | CIVIL ACTION NO. _____ |
| VERSUS | * | JUDGE _____ |
| BP EXPLORATION & PRODUCTION INC., BP, P.L.C., BP PRODUCTS NORTH AMERICA, INC., AND BP AMERICA, INC. | * | MAGISTRATE JUDGE _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ROSTER OF ATTORNEYS

Hon. J. Phil Haney
District Attorney Iberia Parish
200 Courthouse
300 Iberia St.
New Iberia, LA 70560

Calvin C. Fayard, Jr.
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Talbot, Carmouche & Marcello
Donald T. Carmouche
Victor L. Marcello
John H. Carmouche
Post Office Box 759
Gonzales, LA 70707-0759

Thornhill Law Firm, L.C.
Tom W. Thornhill
1308 Ninth Street

ATTORNEYS FOR PLAINTIFF, STATE OF LOUISIANA

S. Gene Fendler (Bar #05510)
Robert E. Holden (Bar #06935)
Greg L. Johnson (Bar #24477)
Stephen Wiegand (Bar #31362)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Of Counsel*

ATTORNEYS FOR DEFENDANTS, BP EXPLORATION & PRODUCTION, INC.; BP
PRODUCTS NORTH AMERICA, INC., AND BP AMERICA, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing **ROSTER OF
ATTORNEYS** has been served upon all counsel of record by placing same in the United States
mail, properly addressed and postage prepaid, this 17th day of June, 2010.

s/ Stuart T. Welch

269603_2.Docx

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

STATE OF LOUISIANA            \*    CIVIL ACTION NO. _____

VERSUS                    \*    JUDGE _____

BP EXPLORATION & PRODUCTION    \*
INC., BP, P.L.C., BP PRODUCTS            MAGISTRATE JUDGE _____
NORTH AMERICA, INC., AND BP
AMERICA, INC.

## **DEFENDANT BP, p.l.c. CONSENT TO AND JOINDER IN NOTICE OF REMOVAL**

Defendant BP, p.l.c., pursuant to 28 U.S.C. §1446, hereby gives notice that it consents to

and joins in the Notice of Removal filed by Defendants, BP Exploration & Production Inc., BP

Products North America Inc., and BP America Inc.

Dated:  June 17, 2010                          Respectfully submitted,

                                               s/ Stuart T. Welch
                                               Paul Matthew Jones (Bar #19641)
                                               April L. Rolen-Ogden (Bar #30698)
                                               Stuart T. Welch (Bar #31359)
                                               **LISKOW & LEWIS**
                                               822 Harding Street
                                               Lafayette, LA 70503
                                               Telephone:  (337) 232-7424
                                               Facsimile:  (337) 267-2399

                                               S. Gene Fendler (Bar #05510)
                                               Robert E. Holden (Bar #06935)
                                               Greg Johnson (Bar #24477)
                                               Stephen Wiegand (Bar #31362)
                                               **LISKOW & LEWIS**
                                               701 Poydras Street, Suite 5000
                                               New Orleans, LA 70139-5099
                                               Telephone:  504-581-7979
                                               Facsimile:  504-556-4108

                                               Attorneys for BP, p.l.c.

                                               Richard C. Godfrey, P.C.
                                               John T. Hickey, Jr., P.C.
                                               J. Andrew Langan, P.C.
                                               Hariklia Karis
                                               **KIRKLAND & ELLIS LLP**
                                               300 North LaSalle
                                               Chicago, IL 60654
                                               Telephone:  (312) 862-2000
                                               Facsimile:  (312) 862-2200
                                               *Of Counsel*

-2-

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
State of Louisiana

### DEFENDANTS
BP Exploration & Production, Inc., BP, p.l.c., BP Products North America, Inc. and BP America, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
J. Phil Haney, District Attorney for Iberia Parish
200 Courthouse, 300 Iberia St., New Iberia, Louisiana 70560

Attorneys (If Known)
Liskow & Lewis, 822 Harding Street, P.O. Box 52008
Lafayette, Louisiana 70503/70505

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander — ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 380 Other Personal Property Damage | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting — ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment — **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations — ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare — ☐ 535 Death Penalty | ☐ 462 Naturalization Application |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights — ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
43 U.S.C. Section 1331 et seq., including without limitation 43 U.S.C. Section 1349
Brief description of cause:
Outer Continental Shelf Lands Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE SEE ATTACHED EXHIBIT "1"
DOCKET NUMBER _____

DATE 06/17/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## Western District Related Court Actions

| Civil Action Number | Caption | Judge | Description |
|---|---|---|---|
| 10-cv-0727 | Schouest, et al. v BP Products North America, Inc et al | Doherty | Deepwater Horizon |
| 10-cv-0738 | Gaskins et al v BP, plc, et al | Patricia Minaldi | |
| 10-cv-818 | Ludlow v BP, plc, et al | Richard T. Haik | |
| 10-cv-836 | Romaine et al v. BP, plc, et al | Richard T. Haik | |



EXHIBIT "1"